IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL D. VOSS                                                                    PLAINTIFF

vs.                                          CASE NO. 4:03CV01003GH

SERVICE EXPERTS OF ARKANSAS, LLC                                  DEFENDANT

### ORDER

The trial scheduled for October 24, 2005 is continued. A new scheduling order shall issue. The case is referred to the Magistrate Judge for a settlement conference. The Clerk is directed to provide a copy of this Order to the Magistrate Judge.

IT IS SO ORDERED this 24th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-